IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Pendleton Division

| | |
|---|---|
| LADONNA P. ROBERTS, ) | |
| ) | |
| Plaintiff, ) | 2:12-CV-01456-JO |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| CAROLYN W. COLVIN, Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 24th day of October, 2013.

_____
ROBERT E. JONES
United States District Judge