IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Pendleton Division

| | | |
|---|---|---|
| LADONNA P. ROBERTS, | ) | |
| Plaintiff, | ) ) ) | 2:12-CV-01456-JO |
| v. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

Dated this 29th day of October, 2013.

_____
ROBERT E. JONES
United States District Judge